## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | |
| IN RE: REGINA NACHAEL HOWELL | § | Civil Action No. 4:14-cv-164-O |
| FOSTER | § | |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER

Before the Court is the Motion of Foster Children, Parties in Interests By and Through Next Friend, Pro Se to Withdraw the Reference to the Bankruptcy Court, Motion for Mandatory Abstention by the District Court, & Motion to Remand to State Court ("Motion") (ECF No. 1), filed March 5, 2014. The Court **ACCEPTS** and **ADOPTS** the Amended Report and Recommendation (ECF No. 6) of the United States Bankruptcy Court. Accordingly, the Motion is **DENIED**. The Clerk of Court is **directed** to close this case.

SO ORDERED on this **14th day** of **May, 2014**.


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**